# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DEPUY SPINE, INC. and
BIEDERMANN MOTECH GMBH,
                Plaintiffs

CIVIL ACTION NO.:
01-10165-EFH

       v.

MEDTRONIC SOFAMOR DANEK, INC.
f/k/a SOFAMOR DANEK GROUP, INC.,
and MEDTRONIC SOFAMOR DANEK
USA, INC.,
                Defendants.

## VERDICT  #1

1.     Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw literally infringes Claim 1 of the '678 patent?

Answer YES or NO.

NO

2.     Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw infringes Claim 1 of the '678 patent under the doctrine of equivalents?

Answer YES or NO.

Yes

3.     Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw literally infringes Claim 3 of the '678 patent?



Answer YES or NO.

_____ NO _____

4.      Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw infringes Claim 3 of the '678 patent under the doctrine of equivalents?

Answer YES or NO.

_____ Yes _____

5.      Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw literally infringes Claim 5 of the '678 patent?

Answer YES or NO.

_____ No _____

6.      Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw infringes Claim 5 of the '678 patent under the doctrine of equivalents?

Answer YES or NO.

_____ Yes _____

7.      Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw literally infringes Claim 6 of the '678 patent?

Answer YES or NO.

_____ NO _____

8.     Do you find that the plaintiffs have established by a preponderance of the evidence that defendants' MAS screw infringes Claim 6 of the '678 patent under the doctrine of equivalents?

Answer YES or NO.

_____ Yes _____

If you answered YES to <u>any</u> of the Question Nos. 1 through 8, answer Question Nos. 9, 10, 11 and 12; if you answered NO to <u>all</u> of the Question Nos. 1 through 8, do not answer any further questions.

9.     Do you find that the plaintiffs have established by a preponderance of the evidence that they are entitled to recover their lost profits from the infringement?

Answer YES or NO.

_____ Yes _____

If you answered YES to Question No. 9, answer Question No. 10; if you answered NO to Question No. 9, <u>do not</u> answer Question No. 10, <u>but</u> answer Question Nos. 11 and 12.

10.     Please state the amount of profits you find plaintiffs to have lost as a result of the infringement.

$ _____ $9 Million _____

-3-

11.    For an infringement for which plaintiffs are not entitled to recover their lost profits, please state the rate, as a percentage of the sales price of the infringing goods you find that plaintiffs have established by a preponderance of the evidence to be a reasonable royalty to be awarded plaintiffs.

_____ 10% %

12.    What amount of money do you find that the plaintiffs have established by a preponderance of the evidence to be the full amount of their royalties due from the defendants?

$ #12 Million

_10/1/04_
Date

_Will K nun_
FOREPERSON

-4-