# United States Court of Appeals for the Federal Circuit

2008-1240, -1253, -1401

DEPUY SPINE, INC. (formerly known as Depuy Acromed, Inc.),

                    Plaintiff-Cross Appellant,

and

BIEDERMANN MOTECH GMBH,

                    Plaintiff-Cross Appellant,

v.

MEDTRONIC SOFAMOR DANEK, INC.
(formerly known as Sofamor Danek Group, Inc.)
and MEDTRONIC SOFAMOR DANEK USA, INC.,

                    Defendants-Appellants.

# Judgment

ON APPEAL from the     United States District Court for the District of Massachusetts

in CASE NO(S).     01-CV-10165

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, and REMANDED**

                    ENTERED BY ORDER OF THE COURT

DATED   JUN 0 1 2009

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** JUL 0 8 2009